# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### AT BECKLEY

| | |
|---|---|
| HILMA STOVER,<br>*On behalf of herself and a class*<br>*of similarly situated persons,*<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FLUENT HOME, LLC;<br>THE BANK OF MISSOURI;<br>ATLANTICUS SERVICES CORP.;<br>FORTIVA FINANCIAL, LLC,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 5:21-cv-00191 |

### DEFENDANT ATLANTICUS SERVICES CORPORATION'S
### <u>CORPORATE DISCLOSURE STATEMENT</u>

Defendant Atlanticus Services Corporation, pursuant to Federal Rule of Civil Procedure 7.1, discloses the following:

Atlanticus Services Corporation is a Georgia corporation that is wholly owned by Atlanticus Holdings Corporation, a publicly traded company (ATLC).

Dated:  May 10, 2022　　　　　Respectfully submitted


　　　　　　　　　　　　　　　　*/s/ Carrie Goodwin Fenwick*

　　　　　　　　　　　　　　　　Carrie Goodwin Fenwick
　　　　　　　　　　　　　　　　Goodwin & Goodwin, LLP
　　　　　　　　　　　　　　　　300 Summers Street, Suite 1500
　　　　　　　　　　　　　　　　Charleston, WV 25301
　　　　　　　　　　　　　　　　304-346-7000
　　　　　　　　　　　　　　　　cgf@goodwingoodwin.com

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2022, I caused to be filed a copy of the foregoing with the Clerk of the Court using the Electronic Case Filing (ECF) system, which will send a notice to all attorneys who have entered an appearance in this matter.

*/s/ Carrie Goodwin Fenwick*
Carrie Goodwin Fenwick