# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## AT BECKLEY

| | |
|---|---|
| HILMA STOVER,<br>*On behalf of herself and a class*<br>*of similarly situated persons,*<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FLUENT HOME, LLC;<br>THE BANK OF MISSOURI;<br>ATLANTICUS SERVICES CORP.;<br>FORTIVA FINANCIAL, LLC,<br><br>　　　　Defendants. | CIVIL ACTION NO. 5:21-cv-00191 |

## DEFENDANT FORTIVA FINANCIAL, LLC'S
## CORPORATE DISCLOSURE STATEMENT

Defendant Fortiva Financial, LLC, pursuant to Federal Rule of Civil Procedure 7.1, discloses the following:

Fortiva Financial, LLC is a single member LLC whose sole member is Access Financing, LLC, that is a single member LLC whose sole member is Access Financial Holdings, LLC, another single member LLC whose sole member is Atlanticus Holdings Corporation, a publicly traded company (ATLC).

Dated:  May 10, 2022　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　*/s/ Carrie Goodwin Fenwick*

　　　　　　　　　　　　　　　　Carrie Goodwin Fenwick
　　　　　　　　　　　　　　　　Goodwin & Goodwin, LLP
　　　　　　　　　　　　　　　　300 Summers Street, Suite 1500
　　　　　　　　　　　　　　　　Charleston, WV 25301

304-346-7000
cgf@goodwingoodwin.com

Case 5:21-cv-00191   Document 50   Filed 05/10/22   Page 2 of 3 PageID #: 593

-3-

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 10, 2022, I caused to be filed a copy of the foregoing with the Clerk of the Court using the Electronic Case Filing (ECF) system, which will send a notice to all attorneys who have entered an appearance in this matter.

                                  */s/ Carrie Goodwin Fenwick*
                                  Carrie Goodwin Fenwick