# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| HILMA STOVER, | : | |
| *On behalf of herself and others* | : | |
| *similarly situated*, | : | |
| | : | CIVIL ACTION NO. 5:21-CV-00191 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Honorable Judge Frank W. Volk |
| FLUENT HOME, LLC, *and* | : | |
| THE BANK OF MISSOURI d/b/a | : | |
| FORTIVA RETAIL CREDIT, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |
| | : | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant, Fluent Home, LLC ("Fluent"), hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order denying Fluent's Motion to Compel Arbitration and Dismiss First Amended Class Action Complaint entered in this action on March 15, 2023.

Respectfully submitted,

_s/ Helen Mac Murray_____
Helen Mac Murray (WV Bar No. 13015)
Mac Murray & Shuster LLP
6525 West Campus Oval, Suite 210
New Albany, OH 43054
Tel 614-939-9955
Fax 614-939-9954
hmacmurray@mslawgroup.com
*Attorney for Defendant*
*Fluent Home, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 29th day of March, 2023, a true and correct copy of the foregoing motion was served via electronic mail on all counsel of record.


_s/ Helen Mac Murray_____
Helen Mac Murray (WV Bar No. 13015)
*Attorney for Defendant*
*Fluent Home, LLC*