# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

| | |
|---|---|
| HILMA STOVER,<br>*On behalf of herself and a class*<br>*of similarly situated persons,*<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FLUENT HOME, LLC;<br>THE BANK OF MISSOURI;<br>ATLANTICUS SERVICES CORP.;<br>FORTIVA FINANCIAL, LLC,<br><br>　　　　Defendants. | CIVIL ACTION NO. 5:21-cv-00191 |

## NOTICE OF APPEAL

Notice is hereby given that The Bank of Missouri ("TBOM"), Atlanticus Services Corporation ("Atlanticus"), and Fortiva Financial, LLC ("Fortiva") (collectively, "Lending Defendants") hereby appeal to the United States Court of Appeals for the Fourth Circuit. The Lending Defendants appeal from this Court's March 15, 2023 Memorandum Opinion and Order denying the Lending Defendants' Motion to Compel Arbitration and Dismiss First Amended Class Action Complaint. (ECF No. 81.)

Dated: March 29, 2023　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ Carrie Goodwin Fenwick*

　　　　　　　　　　　　　　　　Carrie Goodwin Fenwick
　　　　　　　　　　　　　　　　Goodwin & Goodwin, LLP
　　　　　　　　　　　　　　　　300 Summers Street, Suite 1500

Charleston, WV 25301
304-346-7000
cgf@goodwingoodwin.com

Bryan A. Fratkin (*admitted pro hac vice*)
McGuireWoods LLP
800 E. Canal Street
Richmond, VA  23219-3916
804-775-4352
bfratkin@mcguirewoods.com

Katherine E. Lehnen (*admitted pro hac vice*)
McGuireWoods LLP
800 E. Canal Street
Richmond, VA  23219-3916
807-775-7887
klehnen@mcguirewoods.com

Susan E. Groh (*admitted pro hac vice*)
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL  60601-1818
312-849-8184
sgroh@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2023, I caused to be filed a copy of the foregoing with the Clerk of the Court using the Electronic Case Filing (ECF) system, which will send a notice to all attorneys who have entered an appearance in this matter.

*/s/ Carrie Goodwin Fenwick*
Carrie Goodwin Fenwick