# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

| | |
|---|---|
| HILMA STOVER,<br>*On behalf of herself and a class*<br>*of similarly situated persons,*<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FLUENT HOME, LLC, *and*<br>THE BANK OF MISSOURI;<br>ATLANTICUS SERVICES CORP.;<br>FORTIVA FINANCIAL, LLC<br><br>　　　　　Defendants. | CIVIL ACTION NO. 5:21-cv-00191 |

## THE BANK OF MISSOURI, ATLANTICUS SERVICES CORPORATION, AND FORTIVA FINANCIAL, LLC'S MOTION TO STAY

　　Defendants The Bank of Missouri, Atlanticus Services Corporation, and Fortiva Financial, LLC (collectively "Lending Defendants") move this Court for an Order staying this action pending resolution of their appeal to the United States Court of Appeals for the Fourth Circuit of this Court's Memorandum Opinion and Order denying the Lending Defendants' Motion to Compel Arbitration and Dismiss First Amended Class Action Complaint (ECF 81), as set forth in detail in the accompanying memorandum.

　　WHEREFORE, the Lending Defendants respectfully request that this Court enter an order staying proceedings pending resolution of the Lending Defendants' appeal to the Fourth Circuit.

Dated:  March 29, 2023　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　　*/s/ Carrie Goodwin Fenwick*

Carrie Goodwin Fenwick
Goodwin & Goodwin, LLP
300 Summers Street, Suite 1500
Charleston, WV 25301
304-346-7000
cgf@goodwingoodwin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2023, I caused to be filed a copy of the foregoing with the Clerk of the Court using the Electronic Case Filing (ECF) system, which will send a notice to all attorneys who have entered an appearance in this matter.

                                                */s/ Carrie Goodwin Fenwick*
                                                Carrie Goodwin Fenwick