IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WV



RE: HILMA STOVER, on behalf of herself and a class of similarly situated persons v. FLUENT HOME, LLC; THE BANK OF MISSOURI; ATLANTICUS SERVICES CORP.; and FORTIVA FINANCIAL, LLC
US District Court for the Southern District of West Virginia
Civil Action No. 5:21-CV-00191

## REPORT OF MEDIATOR

A Settlement Conference was held in the above-captioned matter on June 8, 2023, via remote video access. As a result of negotiations subsequent to the conference:

* 1.   __X___ This case was settled.

  2.   _____ Additional mediation will take place in this case during the next several weeks, after which this form will be updated and resubmitted.

  3.   _____ This case was not settled, and it is my opinion that:

      (a) _____ The next step should be a Court-conducted status conference.

      (b) _____ The next step should be a Court-conducted settlement conference.

      (c) _____ This case should proceed in normal course

  4. Counsel for the parties and the parties have authorized the mediator to supplement this mediation by stating the following:

      * Dismissal of Hilma Stover's individual claim is dismissed with prejudice. Dismissal of the class claims without prejudice.

Mediator: /s/ Stephen J. Dalesio, Esq.                Date: June 9, 2023

*** Please mail this form to the appropriate Clerk's office.