IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HILMA STOVER, on behalf of herself and
all others similarly situated,

    Plaintiff,

v.                                                      Civil Action No.: 5:21-cv-00191

FLUENT HOME, LLC,
THE BANK OF MISSOURI d/b/a
FORTIVA RETAIL CREDIT, ATLANTICUS
SERVICES CORP., and FORTIVA
FINANCIAL, LLC

    Defendants.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Hilma Stover hereby dismisses her individual claims as to Defendants Fluent Home, LLC; The Bank of Missouri d/b/a Fortiva Retail Credit, Atlanticus Services Corp., and Fortiva Financial, LLC with prejudice, with all parties to bear their respective fees and costs. All claims made on behalf of the class and all other similarly situated individuals against Defendants shall be dismissed without prejudice.

                                                       Respectfully submitted,

*/s/ Patricia M .Kipnis*
Patricia M. Kipnis (WVSB #12896)
**BAILEY & GLASSER, LLP**
923 Haddonfield Road, Suite 300
Cherry Hill, New Jersey 08002
(856) 324-8219
pkipnis@baileyglasser.com

*Attorneys for Plaintiff*

*/s/ Helen Mac Murray*
Mac Murray & Shuster, LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
Telephone: (614) 939-9955
Fax: (614) 939-9954
Email: hmacmurray@mslawgroup.com

*Attorney for Defendant,*
  *Fluent Home, LLC*


*/s/ Carrie Goodwin Fenwick*
Carrie Goodwin Fenwick
Goodwin & Goodwin, LLP
300 Summers Street, Suite 1500
Charleston, WV 25301
304-346-7000
cgf@goodwingoodwin.com


*Attorney for The Bank of Missouri, Atlanticus*
  *Services Corporation, and Fortiva Financial, LLC*

## **CERTIFICATE OF SERVICE**

I, Patricia M. Kipnis, hereby certify on this 10th day of August, 2023 the foregoing **STIPULATION OF DIMISSAL** was filed with the Clerk of the Court using the CM/ECF System which will send notification to counsel of record.

*/s/ Patricia M. Kipnis*_____
Patricia M. Kipnis (WVSB #12896)